**J. Norman Jensen, appellant, v. William Seymour, appellee. Gen. No. 26,564.**
Action upon a promissory note given as part payment for a steel water tank and tower. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and judgment for $550. Opinion filed December 30, 1921.

George R. Faust, for appellant. Stedman, Soelke' & Johnson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.